**Order filed March 26, 2020**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00074-CV
_____

### JACQUELINE JOHNSON, Appellant

### V.

### THE ORCHARD AT WESTCHASE, Appellee

**On Appeal from County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Cause No. 1146415**

## O R D E R

Appellant's brief was due February 28, 2020. No brief or motion for extension of time has been filed. Unless appellant files a brief with this court on or before **April 25, 2020**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel consists of Justices Christopher, Wise, and Zimmerer.